```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA


LEA AUGUSTIN, GERARD AUGUSTIN,      :
THOMAS MCSORLEY, DONNA MCSORLEY     :
RICHMOND WATERFRONT INDUSTRIAL      : CIVIL ACTION
PARK, LLC                           :
                                    :
            Plaintiffs              : NO. 14-CV-4238
                                    :
       vs.                          :
                                    :
CITY OF PHILADELPHIA                :
                                    :
            Defendant               :
```

**ORDER**

    AND NOW, this    17th    day of March, 2016, upon consideration of Plaintiffs' Motion for Partial Summary Judgment (Doc. No. 20) and Defendant's Responses in Opposition thereto, it is hereby ORDERED that the Motion is GRANTED and the notice procedures employed by the Defendant City of Philadelphia by and through its gas utility, Philadelphia Gas Works, when it imposed liens on Plaintiffs' properties are found to violate Plaintiffs' rights to due process of law under the U.S. Constitution.

    IT IS FURTHER ORDERED that the Parties submit to this Court a proposed schedule for the subsequent filing and briefing of Plaintiffs' Motion for Class Certification and for the conduct of further proceedings regarding the fashioning of an appropriate

remedy within twenty (20) days of the entry date of this Order.

                                        BY THE COURT:


                                        <u>s/J. Curtis Joyner       </u>
                                        J. CURTIS JOYNER,    J.