IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEA AUGUSTIN, GERARD AUGUSTIN, THOMAS MCSORLEY, DONNA MCSORLEY RICHMOND WATERFRONT INDUSTRIAL PARK, LLC | : <br> : <br> : CIVIL ACTION <br> : <br> : |
| Plaintiffs | : NO. 14-CV-4238 <br> : |
| vs. | : <br> : |
| CITY OF PHILADELPHIA | : <br> : |
| Defendant | : |

**ORDER**

     AND NOW, this   30TH    day of November, 2016, upon consideration of Plaintiffs' Motion for Class Certification and Defendant's Response thereto and for the reasons set forth in the preceding Memorandum Opinion, it is hereby ORDERED that the Motion is GRANTED and the Plaintiff Class is hereby certified and defined pursuant to Fed. R. Civ. P. 23(a) and (b)(2) as consisting of the following persons:

> All owners of rental properties within the City of Philadelphia whose property is or will be encumbered by a municipal lien to enforce unpaid charges for natural gas service, where such service, according to the records of the Philadelphia Gas Works, was provided to a residential or commercial gas service customer other than the property owner, excluding however, any owner who was a party in a state court *scire facias* proceeding regarding such lien initiated under Article 3 of the Pennsylvania Municipal Claims and Tax Lien Act, 53 P.S. §7182, *et. seq.* if a final judgment in such a proceeding was entered.

     IT IS FURTHER ORDERED that Plaintiffs Lea and Gerard

Augustin, Thomas and Donna McSorley and Richmond Waterfront Industrial Park, LLC are designated as the class representatives and that the attorneys of record for the said named Plaintiffs are authorized to serve as counsel for the class in this action.

BY THE COURT:

S/J. CURTIS JOYNER
J. CURTIS JOYNER,    J.