# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEA and GERARD AUGUSTIN, THOMAS and DONA MCSORLEY and RICHMOND WATERFRONT INDUSTRIAL PARK, LLC, : : : : : Plaintiffs : : vs. : : CITY OF PHILADELPHIA, : : Defendant : | CIVIL ACTION<br><br>NO. 14-CV-4238 |

## ORDER

AND NOW, this 20th day of June, 2019, upon consideration of Plaintiffs' Motion for the Court to Review the Clerk's Taxation of Costs Under Rule 54(d)(1), Defendant's Response thereto and Plaintiffs' Reply, it is hereby ORDERED that the Motion is GRANTED and the Clerk's Taxation of Costs is MODIFIED for the reasons outlined in the foregoing Memorandum Opinion such that Defendant's videography expenses in the amount of $3,098.80 are DISALLOWED and photocopying costs are REDUCED by 20% in the amount of $450.45 and the Bill of Costs is therefore AMENDED to reflect a total taxation of costs in the

amount of $9,789.24.

BY THE COURT:

s/ J. Curtis Joyner
_____
J. CURTIS JOYNER,            J.